UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Marcia Mei-Lee Liu, individually and on Behalf of a class of all others similarly situated**<br><br>**Plaintiff,**<br><br>v.<br><br>**AMERCO; U-Haul International, Inc.**<br><br>**Defendants.** | C.A. No.: 10-11221 |

## NOTICE OF APPEARANCE

W. Scott O'Connell of Nixon Peabody LLP, located at 100 Summer Street, Boston, Massachusetts 02110, hereby enters his appearance as counsel for AMERCO and U-Haul International, Inc.

                                                /s/ W. Scott O'Connell
                                                W. Scott O'Connell, Esquire
                                                Mass. Bar No. 559669
                                                NIXON PEABODY LLP
                                                100 Summer Street
                                                Boston, MA 02110
                                                Tel: (617) 345-1000
                                                Fax: (617) 345-1300

Dated: September 15, 2010

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 15, 2010.

               /s/ W. Scott O'Connell
               W. Scott O'Connell, Esquire
               Mass. Bar No. 559669
               NIXON PEABODY LLP
               100 Summer Street
               Boston, MA 02110
               Tel: (617) 345-1000
               Fax: (617) 345-1300
               soconnell@nixonpeabody.com

               *Counsel for Defendants AMERCO and*
               *U-Haul International, Inc.*